No. 92–7651.  LYONS *v.* HATCHER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–7675.  BELL *v.* SOUTH CAROLINA.  Ct. Common Pleas of Saluda County, S. C.  Certiorari denied.

No. 92–7681.  MARTINEZ *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–7699.  DELAY *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 92–7728.  FISHER *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 92–7731.  FOSTER ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7733.  REYES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–7740.  WILLIAMS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 92–7744.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7747.  IVY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7748.  HELZER *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 92–7754.  MEADOWS *v.* MORRIS, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–7755.  MAYS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 92–7786.  HARRIS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.